# STATE OF MICHIGAN

# COURT OF APPEALS

---

In re CHARLES PORTUS.

---

PEOPLE OF THE STATE OF MICHIGAN,

      Appellee,

v

CHARLES PORTUS,

      Appellant.

UNPUBLISHED
December 2, 2014

No. 309197
Oakland Probate Court
LC No. 1976-017337-MI

---

Before: GLEICHER, P.J., and SAAD and FORT HOOD, JJ.

SAAD, J. (*concurring).*

     I concur in the result only.

                                    /s/ Henry William Saad